**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **PATRICIA LEDFORD,** | : | |
| | : | **Civil Action File No.** |
| **Plaintiff,** | : | |
| | : | **1:15-cv-02003-AT** |
| **vs.** | : | |
| | : | |
| **NEELAM INVESTMENTS,** | : | |
| **INC., d/b/a HAPPY FOOD** | : | |
| **MART, JASVINDER BAGGA** | : | |
| **and BABLOO BAGGA,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This case involves claims under the Fair Labor Standards Act, as amended, 29 U.S.C § 201, *et seq.*, based on Defendants' alleged failure to properly compensate Plaintiff minimum wages and overtime compensation. Defendants have denied all liability to Plaintiff.  This matter is before the Court upon the Joint Motion for Approval of Settlement Agreement of the parties for the approval of their compromise and settlement of this action.

The Court has reviewed the proposed Settlement Agreement and finds that the settlement is a fair and reasonable resolution of the dispute.  Accordingly, the parties' Joint Motion is **GRANTED**, and the Settlement Agreement is **APPROVED** and

incorporated herein.

This Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED, this 9th day of September, 2015

Honorable Amy Totenberg
United States District Court
Northern District of Georgia

2